IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Jennifer O'Bryan | ) Bk. Case No. 04-12182BLS |
| | ) |
| | ) |
| Debtor. | ) Chapter 13 |

**TRUSTEE'S APPLICATION TO PAY UNCLAIMED FUNDS INTO THE COURT AND DISALLOW BALANCE OF CLAIM AS ABANDONED(Claim # 11)**

Michael B. Joseph, Esquire Chapter 13 Trustee ("Trustee") of the within estate, respectfully applies to this Honorable Court for an Order under 11 U.S.C. Section 347 as follows:

1. On December 3, 2004, AT&T Wireless("Claimant") filed a claim in this case in the amount of $1127.22 being Claim No. 11 on the Court's Claim Register. The address listed is: P. O. Box 309, Portland, OR 97207-0309. Previously the Trustee has attempted to issue a dividend for this claim such disbursement checks have not been negotiated by the creditor. Accordingly, the Trustee has voided the checks.

3. The dividends to date total $35.72, and represent unclaimed funds for which the Trustee requests permission to pay into the Court.

4. Moreover, it appears that the creditor has abandoned this claim and the balance should be disallowed.

WHEREFORE, it is respectfully requested that this Court grant permission to the Court to pay said unclaimed funds in the total amount of $35.72 into the Court for the benefit of the referenced claimant and the balance of the claim be deemed abandoned and disallowed.

Date: March 1, 2010

S/Michael B. Joseph
Michael B. Joseph, Trustee
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Jennifer O'Bryan | )Bk. Case No. 04-12182BLS |
| | ) |
| | )Chapter 13 |

**ORDER TO PAY UNCLAIMED FUNDS INTO COURT**
**AND DISALLOW BALANCE OF CLAIM AS ABANDONED(#11)**

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $35.72 to the Clerk, United States Bankruptcy Court for the District of Delaware, and

**IT IS FURTHER ORDERED**, that the balance of claim #11 is deemed abandoned and disallowed.

_____
United States Bankruptcy Judge

Dated this        day of           2010.

ATTORNEY'S CERTIFICATE OF SERVICE

     I, Michael B. Joseph, Esquire, Chapter 13 Trustee, do hereby certify that on March 1, 2010 I caused a copy of the within motion to be served on the following:

**UNITED STATES MAIL, POSTAGE PAID**
Cynthia L. Carroll, Esquire
262 Chapman Road, Ste. 108
Newark, DE 19701
Attorney for Debtor

Jennifer O'Bryan
112 1D Chesapeake Ridge Lane
North East, MD 21901
Debtor(s)

AT&T Wireless
AWS/Cingular
Banko
PO Box 309
Portland, OR 97207-0309
Creditor

                                          S/Michael B. Joseph
                                          Michael   B.   Joseph,   Trustee

**Hearing Date: April 26, 2010 @ 3:00 P.M.**
Response Deadline: March 31, 2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| Jennifer O'Bryan | ) Bk. Case No. 04-12182JKF |
| | ) |
| | ) |
| | ) Chapter 13 |

### NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Pay Unclaimed Funds to Court the within Debtor's case is scheduled for **Monday, April 26, 2010, @ 3:00 P.M.** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Conference Room, Wilmington, Delaware.

**RESPONSES,** if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington, Delaware 19899-1350 on or before **March 31, 2010.**

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE MOTION WILL BE APPROVED WITHOUT FURTHER HEARING.**

        S/Michael B. Joseph
        Michael B. Joseph, Esquire
        824 Market Street, Ste. 1002
        P.O. Box 1350
        Wilmington, Delaware 19899
        Chapter 13 Trustee

Date: March 1, 2010